UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Lewis, Anthony Robert | Docket No. | 0980 2:23CR00019-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Robert Lewis, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd day of May 2023, under the following conditions:

On June 1, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Lewis. Mr. Lewis acknowledged an understanding of the release conditions at that time.

**Standard Condition #3:** Defendant shall appear for all proceedings and surrender as directed for service of any sentence imposed.

**Release Order CM/ECF #29:** Defendant shall be returned to the custody of the United States Marshals Service upon completion of treatment, absent further order of the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 1, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Lewis. Mr. Lewis acknowledged an understanding of the conditions at that time.

**Violation #1:** Anthony Robert Lewis is alleged to have violated the conditions of pretrial release supervision by failing to appear at a scheduled appearance before the Court on July 5, 2023.

On July 5, 2023, at 2:30 p.m., Mr. Lewis was scheduled to appear before the Court at the United States Federal Courthouse in Spokane, Washington, for a detention review hearing. Prior to the hearing, the undersigned officer briefly spoke with Mr. Lewis, who was present just outside of the courtroom. Mr. Lewis was upset about being unsuccessfully discharged from inpatient substance abuse treatment earlier in the day. The undersigned officer proceeded to the courtroom to wait for the hearing.

When his hearing was called by the Court on July 5, 2023, Mr. Lewis failed to appear for the proceeding.

**Violation #2:** Anthony Robert Lewis is alleged to have violated the conditions of pretrial release supervision by failing to return to the custody of the United States Marshals Service upon completion of treatment on July 5, 2023.

On July 5, 2023, a counselor at Pioneer Center East (PCE) contacted the undersigned officer to advise Mr. Lewis was unsuccessfully discharged from inpatient substance abuse treatment due to violating program rules. According to the discharge summary provided by PCE, Mr. Lewis was reportedly caught accessing his Instagram account, searching for information on the Internet, and allegedly viewing a PCE staff member's email during a mental health appointment that was conducted virtually.

As noted in Violation #1, Mr. Lewis arrived at the U.S. Federal Courthouse in Spokane, Washington, on July 5, 2023, for a scheduled court appearance. However, he ultimately failed to appear for that scheduled hearing. He also failed to surrender to the United States Marshals Service on that date.

Re: Lewis, Anthony Robert
July 6, 2023
Page 2

It should be noted that Mr. Lewis contacted the undersigned officer on July 6, 2023, by telephone. He advised he was in Spokane. The undersigned officer instructed Mr. Lewis to surrender to the United States Marshals Service. As of the time and date of this petition, Mr. Lewis has yet to surrender himself.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:  July 6, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 6, 2023
Date